David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **JUAN JOSE CARRILLO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     vs.                        )<br>                                )<br> JUAN JOSE CARRILLO,             )<br>                                )<br>          Defendant.            )<br>                                ) | **CASE NO. 1: 06 CR 00374 LJO**<br><br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |

Defendant, JUAN JOSE CARRILLO, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

Three properties were posted totaling $467,821.00.

1.) **Document Number: 2007-0118703**; APN No. 454-251-01; owned by Maria Godina, 4706 East Harvey Avenue, Fresno, CA 93702.

2.) **Document Number: 2007-0118700**; APN No. 453-223-14; owned by Beatriz Carrillo, mother, and Beatriz Carrillo, daughter, 4443 East Lamona, Fresno, CA 93703.

3.) **Document Number: 2007-0118701**; APN No. 460-036-12; owned by Maria Carrillo, 3635 East Grant Avenue, Fresno, CA 93702.

On December 21, 2007, sentence was imposed, whereby Defendant

was ordered to serve 8 years in federal prison. His remand date is March 4, 2008.

Defendant surrendered himself on March 4, 2007 to F.C.I. Lompoc. His register number is 63212-097.

Accordingly, exoneration of all bonds and reconveyance is requested.

DATE: March 6, 2008.                    Respectfully submitted,

                                        /s/ DAVID BALAKIAN
                                        David V. Balakian,
                                        Attorney for Defendant,
                                        JUAN JOSE CARRILLO

**ORDER**

It appearing that defendant has been remanded into custody in case number 1: 06 CR 00374 LJO, bail is hereby ordered exonerated and all properties reconveyed.

IT IS SO ORDERED.

**Dated:    March 10, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2